UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NILTON IDARRAGA,

    Plaintiff,

                                          CASE NO.: 3:14-cv-1380-J-32JRK

v.

PALISADES ACQUISITION IX, LLC,

    Defendant.

_____/

## CASE MANAGEMENT REPORT

    1.    **Meeting of Parties**: Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A), a telephone or in-person conference was held on January 12, 2015 at 11:00 a.m. between:

| Name | Counsel for (if applicable) |
|---|---|
| Richard B. Weinman, Esq. | Defendant |
| Max Story, Esq. | Plaintiff |
| Scott Borison, Esq. | Plaintiff |

    2. **Initial Disclosures**: The parties (*check one*) [__] have exchanged [**X**] agree to exchange information described in Fed. R. Civ. P. 26(a)(1) (A) - (D) on or by February 11, 2015. Below is a detailed description of information disclosed or scheduled for disclosure.

    3. **Discovery Plan - Plaintiff(s)**: The parties jointly propose the following Plaintiff's discovery plan:

        a. Every discovery effort Plaintiff plans to pursue is described below. The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

        (1) Requests for Admission:

In accordance with Federal Rules and Local Rules

Number of Requests for Admission:  Parties may seek to limit the number of Plaintiff's requests for admission in accordance with Fed. R. Civ. P. 26(b)(2).  Any such request must be made in paragraph 6 below and approved by the court.

        (2) <u>Written Interrogatories:</u>

   In accordance with Federal Rules and Local Rules

Number of Interrogatories:  Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts."  Any request by Plaintiff to exceed this limit must be made in paragraph 6 below and approved by the court.

        (3) <u>Requests for Production or Inspection:</u>

   In accordance with Federal Rules and Local Rules

        (4) <u>Oral Depositions:</u>

   In accordance with Federal Rules and Local Rules

Number of Depositions:  Local Rule 3.02(b) provides, "[i]n accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court."  Any request by Plaintiff to exceed this limit must be made in paragraph 6 below and approved by the court.

Time Permitted for Each Deposition:   Each deposition is limited to one day of seven hours in accordance with Fed. R. Civ. P. 30(d)(2) unless extended by agreement of the parties or order of Court.

The parties stipulate/request a court order to extend the time to take the deposition of the following individuals:

| Name | Proposed length of Deposition | Grounds |
|---|---|---|
| N/A | | |

        b.  **Disclosure of Expert Testimony**:  Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that Plaintiff's Fed. R. Civ. P. 26(a)(2) disclosure will be due as noted here:

   September 1, 2015

c. **Supplementation of Disclosures and Responses**: Parties agree that Plaintiff's supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times:

September 1, 2015

d. **Completion of Discovery**: Plaintiff will commence all discovery in time for it to be completed on or before October 7, 2015.

4. **Discovery Plan - Defendant(s)**: The parties jointly propose the following Defendant's discovery plan:

a. Every discovery effort Defendant plans to pursue is described below. The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

(1) Requests for Admission:

In accordance with Federal Rules and Local Rules

Number of Requests for Admission: Parties may seek to limit the number of Defendant's requests for admission in accordance with Fed. R. Civ. P. 26(b)(2). Any such request must be made in paragraph 6 below and approved by the court.

(2) Written Interrogatories:

In accordance with Federal Rules and Local Rules

Number of Interrogatories: Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts." Any request by Defendant to exceed this limit must be made in paragraph 6 below and approved by the court.

(3) Requests for Production or Inspection:

In accordance with Federal Rules and Local Rules

    (4) <u>Oral Depositions:</u>

  In accordance with Federal Rules and Local Rules

Number of Depositions: Local Rule 3.02(b) provides, "[i]n accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." Any request by Defendant to exceed this limit must be made in paragraph 6 below and approved by the court.

Time Permitted for Each Deposition: Each deposition is limited to one day of seven hours in accordance with Fed. R. Civ. P. 30(d)(2) unless extended by agreement of the parties or order of Court.

The parties stipulate/request a court order to extend the time to take the deposition of the following individuals:

| <u>Name</u> | Proposed length<br><u>of Deposition</u> | <u>Grounds</u> |
|---|---|---|
| N/A | | |

  b. **Disclosure of Expert Testimony**: Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that Defendant's Fed. R. Civ. P. 26(a)(2) disclosure will be due as noted here:

  September 7, 2015

  c. **Supplementation of Disclosures and Responses**: Parties agree that Defendant's supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times:

  September 7, 2015

  d. **Completion of Discovery**: Defendant will commence all discovery in time for it to be completed on or before <u>October 7, 2015.</u>

 5. **Joint Discovery Plan - Other Matters**: Parties agree on the following other matters relating to discovery (*e.g.*, handling of confidential information, assertion of privileges, whether discovery should be conducted in phases or be limited to or focused

upon particular issues):

>Parties shall execute a confidentiality agreement prior to production of discovery.

6. **Disagreement or Unresolved Issues Concerning Discovery Matters**:  Any disagreement or unresolved issue will not excuse the establishment of discovery completion dates.  The parties are unable to agree as to the following issues concerning discovery:

>N/A

7. **Third Party Claims, Joinder of Parties, Potentially Dispositive Motions**: Parties agree that the final date for filing motions for leave to file third party claims, motions to join parties, motions for summary judgment, and all other potentially dispositive motions should be:

>Motions for leave to file third party claims or join parties:		May 15, 2015

>Motions to seek class certification:			July 17, 2015

>Dispostive motions, including motions for summary judgment:	January 15, 2016

8.   **Settlement and Alternative Dispute Resolution**:  Pursuant to Local Rule 3.05(c)(2)(C)(v), the parties submit the following statement concerning their intent regarding Alternative Dispute Resolution:

Parties agree that settlement is (*check one*) [__] likely [**X**] unlikely.

Parties agree to consent to binding arbitration pursuant to Local Rules 8.02(a)(3) and 8.05(b).

(*check one*)   [__] yes    [**X**] no     [__] likely to agree in future

Parties agree to participate in court annexed mediation as detailed in Chapter Nine of the Court's Local Rules.  (*check one*)     [**X**] yes    [__] no    [__] likely to agree in future

If yes, the order of referral described in Local Rule 9.04 should be entered by the Court on <u>March 27, 2015</u>, designating <u>Terrance Edward Schmidt, Esq</u>. to serve as mediator.

If binding arbitration is not agreed to, the Court may order nonbinding arbitration

5

pursuant to Chapter Eight of the Local Rules, mediation pursuant to Chapter Nine of the Local Rules, or both.

9. **Consent to Magistrate Judge Jurisdiction**:   The parties agree to consent to the jurisdiction of the United States Magistrate Judge for final disposition, including trial.  See 28 U.S.C. § 636.   (*check one*)       [___] yes    [X] no    [___] likely to agree in future

10. **Preliminary Pretrial Conference**:  Local Rule 3.05(c)(3)(B) provides that preliminary pretrial conferences are **mandatory in Track Three cases**.

**Track Two cases**: Parties (*check one*) [___] request [X] do not request a preliminary pretrial conference before entry of a Case Management and Scheduling Order in this Track Two case.  Unresolved issues to be addressed at such a conference include:

11. **Final Pretrial Conference and Trial**:  Parties agree that they will be ready for a final pretrial conference on or after May 2, 2016 and for trial on or after June 2, 2016.  This **Jury X Non-Jury** ___ trial is expected to take approximately 25  hours.

12. **Pretrial Disclosures and Final Pretrial Procedures**: Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed. R. Civ. P. 26(a)(3) and final pretrial procedures requirements in Local Rule 3.06.

13. Other Matters  (if any): None

Date: January 19, 2015

| | |
|---|---|
| */s/ Richard B. Weinman* | */s/ Max Story* |
| Richard B. Weinman | Max Story |
| Florida Bar No. 0231370 | Florida Bar No. 527238 |
| rweinman@whww.com | max@storylawgroup.com |
| **Winderweedle, Haines, Ward** | **Max Story, P.A.** |
| **& Woodman, P.A.** | **328 2nd Ave North** |
| 390 N. Orange Ave, Suite 1500 | Jacksonville Beach, FL 32250 |
| Orlando, FL 32801 | (904) 372-4109 |
| (407) 423-4246 | (904) 758-5333 (facsimile) |
| (407) 423-7014 (facsimile) | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

>Scott Craig Borison
>***Legg Law Firm, LLP***
>***(Pro Hac Vice, TBD)***
>1900 S. Norfolk St.
>Suite 350
>San Mateo CA 94403
>(301) 620-1016
>(301) 620-1018 (facsimile)
>Borison@legglaw.com
>*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 20, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

Max H. Story, Esq.
Collins & Story, P.A.
328 2nd Avenue North, Suite 100
Jacksonville, FL 32250
Email: max@collinsstorylaw.com

Scott C. Borison, Esq.
Legg Law Firm, LLC
1900 S. Norfolk Street
San Mateo, CA 94403
Email: borison@legglaw.com

Bryan K. Mickler, Esq.
Mickler & Mickler
5452 Arlington Expy
Jacksonville, FL 32211
Email: bkmickler@planlaw.com

>  */s/ Richard B. Weinman*
>    Richard B. Weinman, Esq.